STATE OF NEW JERSEY v. JOHN A. CARPENTIERI.

Oct. 22, 1979.   Petition for certification granted.   (See 168 *N.J.Super.* 589)

STATE OF NEW JERSEY v. WALTER LEE TANKS.

Oct. 22, 1979.   Petition for certification denied.

DONALD WAR v. PUBLIC SERVICE ELECTRIC & GAS CO.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. LENWOOD JACKSON.

Oct. 22, 1979.   Petition for certification denied.

GEORGIA O'KEEFFE v. BARRY SNYDER.

Oct. 22, 1979.   Petitions for certification granted.   (See 170 *N.J.Super.* 75)

ROBERT M. LIVINGSTON, M.D.

v.

NEW JERSEY STATE BOARD OF MEDICAL EXAMINERS.

Oct. 23, 1979.   Petition for certification denied.   (See 168 *N.J.Super.* 259)